FILED: April 30, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-7116
(1:22-cv-02371-DKC)

_____

WILLIAM A. WHITE

        Petitioner - Appellant

v.

WARDEN OF FEDERAL CORRECTIONAL INSTITUTION - CUMBERLAND

        Respondent - Appellee

_____

M A N D A T E

_____

The judgment of this court, entered January 13, 2026, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Nwamaka Anowi, Clerk*